# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00396-CV

**Amir Shaikh, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GV-12-000872, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed his notice of appeal on June 4, 2013.  On July 16, in response to our notice that the clerk's record was late, the trial court clerk's office informed us that the record would be prepared once appellant paid for the record and sent his Designation of Clerk's Record.  On July 30, we sent appellant's counsel notice that the appellate record was overdue.  We asked appellant to make arrangements to pay for the record and file a status report no later than August 9, cautioning that the appeal would be subject to dismissal if appellant did not comply with our instructions.  To date, appellant has not responded to our notice, nor has he arranged for the record to be filed.  We therefore dismiss the appeal for want of prosecution.  Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   August 30, 2013